■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIS BENTON, Appellant. (Appeal No. 1.)—Order unanimously affirmed. Memorandum: On the record before us, defendant has not sustained her burden of demonstrating "the absence of strategic or other legitimate explanations" for defense counsel's failure to request a suppression hearing *(People v Rivera,* 71 NY2d 705, 709). Consequently, we cannot conclude that defendant was denied the effective assistance of counsel *(see, People v Rivera, supra).* We have reviewed defen-

dant's other contentions of ineffective assistance of counsel made both in the main brief and in the *pro se* supplemental brief and find them to be without merit. We also conclude that the verdict of guilty of murder in the second degree was supported by sufficient evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from order of Supreme Court, Erie County, Marshall, J.—CPL art 440.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.